IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO

MAY 0 4 2007

Criminal Action No. 07-mj-01073

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE JULIO SUAREZ,

    Defendant.

---

### ORDER GRANTING INTERNATIONAL TRAVEL

---

    Pursuant to the probation officer's report, the defendant is granted permission to travel outside the United States from May 7, 2007, through May 12, 2007.

    DATED at Denver, Colorado, this 4th day of May, 2007.

BY THE COURT:

_____
Magistrate Judge Boyd N. Boland
United States Judge